1140-15
1141-15

COA # 14-14-00702-CR

OFFENSE: Indecency with a Child

STYLE: Patrick Dale Earvin v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 177th District Court

DATE: July 7, 2015   Publish: No

TC CASE #:1357121

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Patrick Dale Earvin v The State of Texas

CCA # _____

_APPELLANT'S_   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __11/18/2015__

JUDGE: _____

CCA Disposition: **1140-15   1141-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**